UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Shirley Williams
                              Plaintiff,

v.                                                Case No.: 1:15−cv−06382
                                                       Honorable Robert M. Dow Jr.

First Tower Loan LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 6, 2015:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held on Defendant First Tower Loan, LLC's motion to dismiss for lack of personal jurisdiction [24] which is entered and continued to 10/15/2015 at 9:00 a.m. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.