IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY WILLIAMS, on behalf of herself, and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>FIRST TOWER LOAN, LLC.<br><br>      Defendant. | Case No.: 1:15-cv-06382<br><br>Judge Robert M. Dow, Jr. |

**UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

COMES NOW Plaintiff Shirley Williams and files this Unopposed Motion to Dismiss with Prejudice. Plaintiff respectfully requests that all of her claims and causes of action against Defendant be dismissed with prejudice, and all claims of non-parties, if any, are dismissed without prejudice.

Plaintiff further requests that the Court order each party to bear their own fees and costs.

      Respectfully submitted,

      **PLAINTIFF SHIRLEY WILLIAMS**

      By: s/ Alexis M. Wood
           One of Plaintiff's attorneys

      LAW OFFICES OF RONALD A. MARRON
      Ronald A. Marron (CA Bar No. 175650) (admitted pro hac vice)
      *ron@consumersadvocates.com*
      Alexis M. Wood (CA Bar No. 270200) (admitted pro hac vice)
      *alexis@consumersadvocates.com*
      Kas L. Gallucci (CA Bar No. 288709) (admitted pro hac vice)
      *kas@consumersadvocates.com*
      651 Arroyo Drive
      San Diego, California 92103

Telephone: 619-696-9006

SALAS WANG LLC
Jeffrey M. Salas (6290649)
*jsalas@salaswang.com*
155 N. Wacker Drive, Suite 4250
Chicago, Illinois 60606
Telephone: 312-803-4963

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 15, 2016, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented to accept this Notice as service of this document by electronic means

                                            */s/ Alexis M. Wood*

                                            Alexis M. Wood