# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Shirley Williams

                        Plaintiff,

v.                                             Case No.: 1:15−cv−06382
                                                 Honorable Robert M. Dow Jr.

First Tower Loan LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 15, 2016:

       MINUTE entry before the Honorable Robert M. Dow, Jr: The Plaintiff's unopposed motion to dismiss with prejudice [32] is granted. All pending motions are terminated and all deadlines or hearings are stricken. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.