IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY WILLIAMS, on behalf of herself, and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br><br> FIRST TOWER LOAN, LLC. <br><br> Defendant. | Case No.: 1:15-cv-06382 <br><br> Judge Robert M. Dow, Jr. |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff Shirley Williams' Unopposed Motion to Dismiss with Prejudice. Upon review of the Motion, the Court hereby GRANTS the Motion.

It is therefore ORDERED that all claims of Plaintiff Shirley Williams asserted against Defendant First Tower Loan, LLC in the above-referenced lawsuit are hereby dismissed with prejudice, and all claims of non-parties, if any, are dismissed without prejudice.

The Court further orders each party to bear their own fees and costs.

It is so ORDERED.

Signed at Chicago, Illinois on this 15th day of January, 2016.

_____
Judge Robert M. Dow, Jr.
United States District Judge